### ALLAN CLEVELAND *v.* SUBURBAN SUBARU, INC.
### (11887)

O'CONNELL, LAVERY and LANDAU, Js.

Argued June 3—decision released July 29, 1993

*Bruce D. Tyler,* for the appellant (defendant).
*James C. Mulholland,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.